John Soumilas *(Admitted Pro Hac Vice)*
Geoffrey H. Baskerville *(Admitted Pro Hac Vice)*
**FRANCIS & MAILMAN. P.C.**
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
Telephone:  (215)735-8600
Facsimile:   (215) 940-8000

JS-6

William J. Wall – State Bar No. 203970
**THE WALL LAW OFFICE**
9900 Research Drive
Irvine, CA 92618
Telephone: (949) 387-4300
Facsimile: (800) 722-8196
wwall@wall-law.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| **REBECCA WATERMAN** ) | |
|     **Plaintiff,** ) | **8:12-cv-01400-SJO-PLA** |
| ) | |
| **v.** ) | |
| ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., ET AL.** ) | |
| ) | |
|     **Defendants.** ) | |

## <u>ORDER</u>

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, it is hereby ORDERED that:

Defendants Experian Information Solutions, Inc. and DataQuick Lending Solutions, Inc. are dismissed with prejudice, with each party to bear her/its own attorney's fees, costs and expenses incurred.

5/3/13

_____
S. JAMES OTERO,      U.S.D.J.

Dated: May 3, 2013